DAVID ABOUDI, Doing Business as D. ABOUDI & Co., Appellant, v. " SWITZERLAND " GENERAL INSURANCE COMPANY, LIMITED, Respondent.

Argued October 4, 1951; decided October 18, 1951.

*Sydney B. Wertheimer, Milton C. Weisman* and *Gerard Mandelbaum* for appellant.

*Gregory S. Rivkins* and *William G. Warburton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.